UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCY HEALTH PARTNERS, )<br>)<br>Defendant. )<br>) | HON. JUDGE DAVID A. KATZ<br><br>CIVIL ACTION NO.--<br>DATED: 3:08CV00802<br><br>COMPLAINT<br>AND JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to James Vinet. The Commission alleges that, in June 2006, Mercy Health Partners failed to hire Vinet for a Security Guard position on the basis of his age, 63.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626 (b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 216(c) and 217.

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the Northern District of Ohio, Western Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant, Mercy Health Partners (the "Employer"), has continuously been an Ohio corporation doing business in the State of Ohio and the city of Toledo, and has continuously had at least 20 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g), and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g), and (h).

## CONCILIATION

6. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least June 2006, the Defendant Employer has engaged in unlawful employment practices at its Toledo, Ohio facility in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1). These practices include failing to hire Vinet for an open Security Guard position at one of its hospital facilities because of his age, 63.

8. The effect of the practices complained of in paragraph seven (7) above has been to deprive Vinet of equal employment opportunities and otherwise adversely affect his status as an applicant for employment because of his age.

9. The unlawful employment practices complained of in paragraph seven (7) above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. GRANT a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which results in its failure to hire an individual on the basis of age against individuals 40 years of age and older.

B.. ORDER Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. GRANT a judgment requiring Defendant Employer to pay appropriate back wages in an amount to be determined at trial. an equal sum as liquidated damages, and prejudgment interest to individuals whose wages are being unlawfully withheld as a result of the acts complained of above, including but not limited to James Vinet.

D. ORDER Defendant Employer to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to the rightful-place hiring of James Vinet.

E. GRANT such further relief as the Court deems necessary and proper in the public interest.

F. AWARD the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

Dated: March 28, 2008

LAURIE A. YOUNG
Regional Attorney

DEBORAH M. BARNO (P44525)
Supervisory Trial Attorney

DALE PRICE (P55578)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Detroit Field Office
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-7808

4